CLARENCE HUTCHINSON, *Plaintiff in Error*, v. ANITA RANCE, *Defendant in Error*.

Opinion filed May 12, 1919.

Petition for Rehearing Denied June 23, 1919.

A Writ of Error to a Judgment of the Court of Record within and for the County of Escambia; Kirk Monroe, Judge.

Decree affirmed.

*E. C. Maxwell,* for Plaintiff in Error;

*John P. Stokes* and *R. Pope Reese,* for Defendant in Error.

PER CURIAM.—This cause having been submitted to the Court at a former term upon the transcript of the record

of the decree aforesaid, and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Court of Record be, and the same is, hereby affirmed.

All concur.